# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **ED CV 25-1033-JFW(PVCx)** | Date: July 29, 2025 |

Title:  Jane Doe A.O., et al. *-v-* Temecula Valley Unified School District, et al.

---

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: SANCTIONS**

In the Declaration of Mark Ver Planck in Support of Defendants' Motion to Dismiss, defense counsel represents that he called Plaintiffs' counsel on May 19 and 22, 2025, in an attempt to meet and confer regarding Defendants' Motion to Dismiss and that Plaintiffs' counsel never responded. Local Rule 7-3 requires counsel to meet and confer "at least 7 days prior to the filing" of a motion. In addition, paragraph 5(b) of the Court's Standing Order, which provides in relevant part:

> Not more than two calendar days after the 7-3 conference for any contemplated motion (and at least five calendar days prior to filing the contemplated motion), counsel shall file a joint statement indicating the date of, duration of, and method of communication used during the conference and the participants in the conference. In addition, the joint statement shall detail the issues discussed and resolved during the conference and the issues remaining. Failure to strictly comply with the Court's requirements or Local Rule 7-3 will result in the striking and/or the denial of the motion.

Moreover, paragraph 5(f) of the Court's Standing Order provides in relevant part:

> Not more than two days after the deadline for filing the Reply, each party shall lodge a Proposed Statement of Decision, which shall contain a statement of the relevant facts and applicable law with citations to case law and the record. . . . Failure to lodge the Proposed Statement of Decision will result in the denial or granting of the motion.

The deadline for filing the Reply was fourteen days before the date designated for the hearing of the Motion, or June 16, 2025. However, Plaintiffs' counsel failed to file the required Proposed Statement of Decision on or before June 18, 2025.

      Accordingly, Plaintiffs' counsel is ordered to show cause, in writing, by July 31, 2025, why the Court should not impose sanctions in the amount of $2,500.00 against Plaintiffs' counsel for her failure to comply with the Local Rules and the Court's Standing Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

      IT IS SO ORDERED.