# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **ED CV 25-1033-JFW(PVCx)** | Date: July 29, 2025 |

Title: Jane Doe A.O., et al. *-v-* Temecula Valley Unified School District, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: SANCTIONS**

     Defendants' Motion to Dismiss failed to comply with Local Rule 5-4.3.1 and paragraph 3(b) of the Court's Standing Order. Paragraph 3(b) of the Court's Standing Order provides in relevant part:

> All documents filed electronically shall be filed in accordance with the Local Rule 5-4. Each PDF file shall contain no more than one document or exhibit, see Local Rule 5-4.3.1, and each document or exhibit shall be meaningfully described on the docket such that the document or exhibit can be easily identified. For example, if a declaration in support of a motion appears as Docket No. 30, exhibit 1 to the declaration should be filed as Docket No. 30-1 with a description of the exhibit that includes the title of the exhibit and the exhibit number (e.g., Exhibit 1: Letter from John Doe to Jane Doe dated January 1, 2021). Exhibit 2 to the declaration should be filed as Docket No. 30-2 with a description of the exhibit which includes the title of the exhibit and exhibit number (Exhibit 2: Letter from Jane Doe to John Doe dated January 2, 2021), and so on. Any documents which counsel attempt to file electronically which are improperly filed will not be accepted by the Court.

In addition, paragraph 5(f) of the Court's Standing Order provides in relevant part:

> Not more than two days after the deadline for filing the Reply, each party shall lodge a Proposed Statement of Decision, which shall contain a statement of the relevant facts and applicable law with citations to case law and the record. . . . Failure to lodge the Proposed Statement of Decision will result in the denial or granting of the motion.

The deadline for filing the Reply was fourteen days before the date designated for the hearing of the Motion, or June 16, 2025. However, defense counsel failed to file the required Proposed

Statement of Decision on or before June 18, 2025.

     Accordingly, defense counsel is ordered to show cause, in writing, by July 31, 2025, why the Court should not impose sanctions in the amount of $2,500.00 against defense counsel for his failure to comply with the Local Rules and the Court's Standing Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

     IT IS SO ORDERED.